**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Namel Norris,

                                        Plaintiff,

                    -against-

Susi Villa Tplayground, Inc., et al.,

                                        Defendants.

1:25-cv-09091 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today for which Plaintiff, Defendant 160 East 28th & 134 Ninth LLC and Clement Collado, a non-attorney representative from Defendant Susi Villa Tplayground, Inc. (the "Tenant Defendant"), appeared, it is hereby Ordered that the deadline for the Tenant Defendant to respond to the Complaint is extended, *nunc pro tunc*, until January 22, 2026. If it fails to do so, Plaintiff shall, no later than January 29, 2026, seek a Certificate of Default against the Tenant Defendant from the Clerk of Court. *See McFarlane v. Harry's Nurses Registry*, No. 17-CV-06350 (PKC) (PK), 2020 WL 1643781, at *15 (E.D.N.Y. Apr. 2, 2020) (corporate defendant's failure to obtain counsel is failure to "otherwise defend" under Federal Rule of Civil Procedure 55(a)). As a courtesy, a copy of this Order will be emailed by Chambers to Ms. Collado at collado.clement@gmail.com.

**SO ORDERED.**

DATED:        New York, New York
              January 8, 2026

_____
STEWART D. AARON
United States Magistrate Judge