# HELBRAUN ‖ LEVEY

May 4, 2026

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, New York 10007

Application GRANTED. SO ORDERED.
Dated: May 5, 2026

Re:    *Namel Norris  v. Susi Villa TPlayground, Inc. et al.*, **Case No. 25-cv-09091-VSB-SDA**

Your Honor:

This firm represents Defendant Susi Villa TPlayground, Inc. ("TLOUNGE") in the above-referenced Action, in which plaintiff Namel Norris ("Plaintiff") has asserted violations of the Americans with Disabilities Act in his complaint dated November 3, 2025 (the "Complaint").

I write this letter motion in accordance with I.C of Your Honor's Individual Practices to respectfully request that the time for the parties to file a joint letter regarding the status of discovery be extended.

The original due date for the parties' deadline to file the joint status letter was set for April 30, 2026. The parties request a new date of May 20, 2026. This is the parties' first request to extend their time to file the joint status letter on discovery. Counsel for Plaintiff and co-defendant 160 East 28th and 134 Ninth LLC consent to this request.

The reason for this request is the parties are scheduled to have a mediation set for May 11, 2026 in hopes of reaching a full resolution of this Action. In turn, the parties respectfully request to provide a status letter by May 20, 2026 to both advise on the status of discovery and the outcome of the mediation.

We thank the Court for its time and patience in considering the parties' request.

Respectfully submitted,

Tyler H. Morris, Esq.

cc:    All counsel (via ECF)