UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
NAMEL NORRIS,                                                :
                                                             :
                              Plaintiff,                     :
                                                             :          25-CV-9091 (VSB)
              -against-                                      :
                                                             :          **ORDER OF REFERENCE**
SUSI VILLA TPLAYGROUND, INC., *et al.*,                      :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached agreement on all issues at a court-ordered mediation conference. (Doc. 31.) Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  May 20, 2026
        New York, New York

Vernon S. Broderick
United States District Judge